## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA

In Re:
Pearl Binka                                                                 Case # 16-12230-KHK

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| PEARL BINKA<br>18932 Highland Park Dr.<br>Woodbridge, VA  22192 | $721.24 |

Dated:         February 28, 2017            __/s/Thomas P. Gorman _____
                                            Thomas P. Gorman
                                            300 North Washington Street, Ste. 400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB#26421